1
2
3                                                                  JS - 6
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,          )   Case No. CV 09-03328 DDP (SSx)
12                      Plaintiff,       )   **ORDER REMOVING CASE FROM ACTIVE**
                                         )   **CASELOAD**
13         v.                            )
                                         )
14   MAX ALEJANDRO APARICIO,             )
                                         )
15                      Defendant.       )
                                         )
16                                       )
                                         )
17                                       )
                                         )
18   _____        )

19         IT IS HEREBY ORDERED that this action is removed from the Court's

20   active caseload until further application by the parties or Order of this Court.

21   This Court retains jurisdiction over this action and this Order shall not

22   prejudice any party to this action.

23
24
25   Dated: July 19, 2010              _____
26                                        DEAN D. PREGERSON
                                          United States District Judge
27
28